FILED
NOV 2 0 2013
PER _____
HARRISBURG, PA  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 13-CR-265 |
| | ) | |
| v. | ) | |
| | ) | (JUDGE         ) |
| DANNY L. ROBERTSON | ) | CALDWELL |

## ORDER FOR WARRANT

NOW, this 20th day of November 2013, upon request of the United States Attorney for the Middle District of Pennsylvania, it is hereby

ORDERED that a warrant be issued for the arrest of the above-named defendant.

IT IS FURTHER ORDERED that at the time service of the warrant is made, the United States Marshal also serves upon the defendant a certified copy of the Indictment in the above-named case.

_____
[ ] U.S. DISTRICT JUDGE
[✓] U.S. MAGISTRATE JUDGE