IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 1:13-CR-0265-01 |
| vs. | |
| DANNY L. ROBERTSON | |

## MOTION TO WITHDRAW PLEA

Now this 22nd day of July, 2014, the defendant in the above-captioned matter hereby moves the Court to be permitted to withdraw his plea of not guilty and to enter a plea of guilty to Count-1 of the Indictment.

FILED
HARRISBURG, PA
JUL 2 2 2014

_____
Defendant

_____
Defendant's Counsel

## ORDER

Now this 22nd day of July, 2014, the motion to withdraw plea is granted.

_____
William W. Caldwell, Judge
Middle District of Pennsylvania

## PLEA

Now this 22nd day of July, 2014, I, DANNY L. ROBERTSON hereby withdraw my plea of not guilty and plead guilty to Count-1 of the Indictment.

_____
Defendant

_____
Defendant's Counsel